John P. Friedlund, Appellant, v. Howard F. Bishop and Eugene H. Dupee, Individually and as Copartners Trading as Lyman, Adams, Bishop and Dupee, Appellees.

Gen. No. 42,407.

opinion.

filed June 30, 1943; rehearing denied December 8, 1943. Friedlund, Levin & Friedlund, for appellant; Emil N. Levin and D. M. Stalzer, of counsel; Jerome J. Sladkey, for certain appellee; Oscar S. Seaver, for certain other appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."